

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 4, 2021

**By ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *HUD v. Flouton*, No. 20 Civ. 7475 (PMH)
               *HUD v. Flouton*, No. 21 Civ. 4577 (PMH)

Dear Judge Halpern:

      This Office represents creditor-appellant U.S. Department of Housing and Urban Development ("HUD") in these related appeals from the U.S. Bankruptcy Court for the Southern [District of New York]. [With Appellee's cons]ent, I write to respectfully request an adjournment of [the oral argument scheduled for August 10,] 2021, until August 23, 2021, or a date thereafter [convenient to the Court.] Due to a deposition scheduled in another matter and [other obligations during the] week of August 10, 2021. Appellee's counsel has [also requested these additional d]ays. Appellee has consented to the request, and it is [the first adjournment of oral a]rgument.

      [We thank the Court for its consideratio]n of this request.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney
      Southern District of New York

By: /s/ Jennifer C. Simon
      JENNIFER C. SIMON
      Assistant United States Attorneys
      86 Chambers Street, Third Floor
      New York, New York 10007
      Tel.: (212) 637-2746

---

**Application granted in part.**

The oral argument scheduled for August 10, 2021 in both No. 20-CV-07475 and No. 21-CV-04577 is adjourned to 2:00 p.m. on September 8, 2021. The parties are directed to comply with the instructions for entering the Hon. Charles L. Brieant Jr. Federal Building and Courthouse outlined in the Court's previous Orders.

In the interim, counsel are directed to meet and confer to discuss resolving these appeals by way of a Proposed Stipulation and Order. Counsel shall file a joint letter, no longer than two pages, on August 27, 2021: **(1)** providing the Court with the date, time, and duration of each meet and confer; and **(2)** advising as to the outcome of those discussions.

The Clerk of the Court is respectfully directed to: **(1)** terminate the motion sequence pending at Doc. 12 in No. 20-CV-07475; and **(2)** terminate the motion sequence pending at Doc. 11 in No. 21-CV-04577.

SO ORDERED.

_/s/ Philip M. Halpern_
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
          August 5, 2021