UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT,

                Creditor-Appellant,

-against-

KRISTINE L. FLOUTON,

                Debtor-Appellee.

**ORDER**

20-CV-07475 (PMH)

PHILIP M. HALPERN, United States District Judge:

The parties reached a settlement in principle in this matter on the record at the oral argument held on September 8, 2021. (Sept. 8, 2021 Min. Entry). Accordingly, it is hereby

**ORDERED** that this appeal is terminated without costs and without prejudice to restoring it to the Court's calendar, provided the application to restore the appeal is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot and all conferences are CANCELLED.

                                          SO ORDERED:

Dated:  White Plains, New York
          September 9, 2021

                                          PHILIP M. HALPERN
                                          United States District Judge